3-04 63942

| | |
|---|---|
| STATE OF MICHIGAN | SEARCH WARRANT |
| COUNTY OF WAYNE   SS | |

TO THE SHERIFF OR ANY PEACE OFFICER OF SAID COUNTY: P.O. C. Diaz, Affiant, having subscribed and sworn to an affidavit for a search warrant, and having under oath examined the affiant, I am satisfied that probable cause exists:

THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN I COMMAND THAT YOU SEARCH THE FOLLOWING PLACE: The entire premises and curtilage known as 3919/3921 Mitchell, lower & upper unit, described as 2 story, 2 family frame dwelling, with its own separate front doors and addresses white in color with gray trim, located on the west side of the street between Leland and Alexandrine, located in the City of Detroit, County of Wayne.

Also to be searched is the sellers described as: S1-Marvel Brian Lloyd B/M/21 6'1, 190lbs, D.O.B 9-5-82 (FBI#452545DC2, DPD#2319718, SID#2367053T, SS#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)

S2-B/M/30's, 5'9, 180lbs, Dark complexion with a bald head, wearing designer type glasses.
S3-B/M/40's, 6'0, 165lbs, dark

And to seize tabulate and make return according to the law the following property and things; all controlled substances, all moneys, books and records used in connection with illegal narcotic trafficking, all equipment, safes and supplies used in connection with the above described activities, including all firearms and/or contraband, all evidence of ownership, occupancy, possession or control of the premises; and to also search all vehicles within the curtilage which may contain, any contraband and/or controlled substance and or that are listed in the affidavit for search warrant.

36-04 63942

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME AND ISSUED UNDER MY HAND THIS 2nd DAY OF NOVEMBER 2004.

APPROVED _____          _____
ASSISTANT PROSECUTING ATTORNEY          JUDGE/MAGISTRATE OF THE 36TH
                                        DISTRICT COURT, WAYNE COUNTY MI

GOVERNMENT EXHIBIT A

36-04 65942

STATE OF MICHIGAN                                   AFFIDAVIT FOR SEARCH WARRANT
COUNTY OF WAYNE          SS

THE FOLLOWING FACTS ARE SWORN TO BY THE AFFIANT IN SUPPORT OF THE ISSUANCE OF THIS WARRANT:

The Affiant is a sworn member of the Detroit Police Department for approximately 10 years and is currently assigned to the Narcotics Conspiracy Unit. Affiant is working in conjunction with a credible and reliable Source of Information #2159. SOI #2159 has provided affiant and other members with narcotic related information on at least ten separate occasions, which proved to be true and accurate, resulting in the confiscations of over 1000 grams of cocaine and marijuana, with at least six arrests for narcotic charges. Affiant is also working with SOI #2201. This SOI has provided affiant with narcotic related information, which proved to be true and accurate in regards to at least three upper level drug dealers, including street names, locations, and specific details about their activities. Affiant was able to corroborate the accuracy of this information through affiants own personal knowledge gained during then ongoing investigations. SOI #2201 has also made admissions against his/her own interest regarding personal use of illegal drugs as well as his/her own involvement in illegal narcotics trafficking.

On or about the month of August 2004 SOI #2159 informed affiant of an upper level cocaine dealer known as "Marvel" which will be referred to as S1 for the remainder of this affidavit for search warrant. The SOI informed that S1 deals in kilos of cocaine and only deals with a known clientele. The SOI stated that S1 distributes cocaine in the east side of Detroit.

Affiant later received information from SOI 2201 stating that S1 distributes large amounts of cocaine and heroin. SOI 2201 also informed that (s)he observed S1 at 3919 Mitchell with an amount of cocaine within the last forty-five hours from the date of this affidavit for search warrant. The SOI also informed that the narcotics are usually brought into the target location in large duffle bags. SOI 2201 stated that S1 is known to drive several different vehicles also stating that S1 utilizes these vehicles to transport illegal drugs. Affiant conducted surveillance of S1 and has observed S1 driving the following vehicles: a gray 2005 Dodge Magnum (ZDB-667), a black 4dr. 2004 Lexus(YDT-237), a burgundy 4dr. 2002 Mercedes Benz and a burgundy 4dr. BMW with the same MI license plate (THG-540). The above listed Dodge & Lexus are registered to Arthur Lee Dorsey of 20435 Norwood who is 64 tears old. The BMW & Mercedes are registered to Barbara Winters Stinson and Tekishaia L. Winters of 19285 Rockcastle. Affiant has learned through surveillance that S1 is known to drive these vehicles on a regular basis.

36-04 65942

_____
                 AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME AND ISSUED UNDER MY HAND THIS 2nd DAY OF NOVEMBER 2004

APPROVED _____          _____
ASSISTANT PROSECUTING ATTORNEY             JUDGE/MAGISTRATE OF THE 36TH
                                           DISTRICT COURT, WAYNE COUNTY MI

Page 2 of 4

STATE OF MICHIGAN  
COUNTY OF WAYNE          SS

AFFIDAVIT FOR SEARCH WARRANT

Affiant has investigated S1 and has learned that S1 registers his assets in other people's names as to avoid detection and forfeiture from Law Enforcement agencies. Affiant conducted a vehicle search and has found that the vehicles driven by S1 are in fact registered to other people as listed in the affidavit. Affiant has also observed the above described vehicles at one time or another at S1's residence. Affiant has learned through other upper level narcotic cases that this is common practice for drug dealers. Affiant is also aware that upper level drug dealers commonly have more than just one "stash spot" and are known to use other locations belonging to family and friends to store and or sale narcotics as to avoid detection by Law Enforcement Agencies. They are also known to safe guard large amounts of narcotic proceeds. Affiant has also learned that it is also common for upper level drug dealers to maintain their narcotic proceeds and the narcotics separate. Affiant has also learned that it's common for upper level drug dealers to "stash" their narcotic proceeds in their home. The investigation of S1 has also revealed that S1 is not employed. Also revealing that in or about the month of June 2004 S1 and Tekishaia Winters went on a trip to Mexico. Affiants investigation reveals that S1 doesn't have the financial means to support his assets or living conditions.

On or about October 24, 2004 affiant set up surveillance for approximately thirty minutes and observed the described Mercedes Benz parked in front of 3919 Mitchell, observing two separate vehicles pull in front of the location stay less than five minutes, and immediately exit as clutching their hand inside the jacket pocket and the other in their pants pocket. Affiant has observed similar behavior in the past and find it to be consistent with that of narcotic trafficking. Affiant has observed that many times after S1 does a suspected narcotic transaction he immediately goes to his residence. On October 27, 2004 S1 was driving the described Mercedes. S1 went to 3919 Mitchell and later to Peters Indoor Gun Range where S1 was observed to be purchasing possible handguns. S1 and S2 where observed carrying a total of three paper bags and a box and placing them into the described Mercedes. Affiant then followed them back to 3919 Mitchell.

On October 30, 2004, affiant and crew members set up surveillance at 3919/3921 Mitchell observing the described Mercedes and a wht. 4dr Grand Marquis with a Michigan license of YWQ-121 (registered to a Derren Bishop of 27471 Bohnhoff, Roseville). At approximately 10pm wrt. observed S1 go to the described Mercedes and return back into 3919 Mitchell with what appeared to be a bag in hand, as a dark colored mini van pulled away from S1's vehicle. At approximately 10:30pm S1 & S2 left from location. At approximately 12:30am S1 Mercedes was parked in spot #7 at 13000 Avondale.

**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME AND ISSUED UNDER MY HAND THIS 2nd DAY OF NOVEMBER 2004.

APPROVED _____  
ASSISTANT PROSECUTING ATTORNEY

~~JUDGE~~/MAGISTRATE OF THE 36TH  
DISTRICT COURT, WAYNE COUNTY MI

Page 3 of 4

STATE OF MICHIGAN　　　　　　　　　　　　　　　AFFIDAVIT FOR SEARCH WARRANT
COUNTY OF WAYNE　　　　　SS

On October 31, 2004, affiant and crew members set up surveillance at 19285 Rockcastle observing the Mercedes parked across the street from 19285 Rockcastle and the blk. Lexus parked in the rear parking lot of 19285 Rockcastle. At approximately 12:40pm S1 was observed getting into the Mercedes wearing a bulky blk. fur type coat as a B/F/30's appearing to be Tekishaia Winters got into the Lexus and both drove away in separate directions. S1 was followed to 3919/3921 Mitchell after he circled the area of 3782 and 3806 Burns. S1 was driving very cautiously taking indirect travel routes in a manner as to avoid being tailed. S1 then parked on the east side of 3919 Mitchell and entered the location with keys in hand. As S1 exit from his vehicle he knotted to the driver of a minivan (6EN-Z69) and another unknown B/M appeared to exit from 3919 Mitchell as he was holding a bulge in his jacket pockets and got into same minivan driving away N/B Mitchell. S1 exited 3919 Mitchell approximately three minutes after the minivan left and appeared to be placing what affiant believed to be US currency in his coat pocket. Affiant has learned that it is common practice for drug dealers to wear bulky clothing/coats to assist them in the concealment of contraband/narcotics. Affiant has also observed this practice in other narcotic investigations.

Prior to S1 getting to 3919 Mitchell, crew members advised that S2 had arrived driving stated wht. Marquis having conversation with S3 and entering as he also had keys in hand. S2 stayed less than 7 minutes and left location. Crew members also stated that S3 appeared to be involved in suspected narcotic activity. Crew members advised that within a thirty minute time frame approximately two separate individuals came to 3921 Mitchell, knocked on, the door as S3 was observed letting them in and less than two minutes they immediately left the area.

On November 1, 2004 affiant set up surveillance at 3919/3921 Mitchell and observed the Mercedes described parked on the E/S of the street and a 2002 Dodge Ram truck with a MI license plate of YQC-218 (registered to Derren Bishop) parked in front of 3919 Mitchell. The Mercedes was observed pulling away and approximately ten minutes later affiant observed the described Mercedes parked at S1's residence.

Further investigation reveals that 3919 Mitchell has no legal utility service (although lights have been observed). Also reveling that the utility service for 3921 Mitchell are in the name of a Jon Dana Lloyd who is related to S1. Jon Lloyd is wanted on Misdemeanor warrant OCA: Sb6160152 out of the 36th District Court.

Affiant checked S1's criminal history, which reveals one arrest for Weapons Charges on January 2, 2004.

The Affiant has participated in multiple narcotic raids in the City of Detroit. In the overwhelming majority of these raids illegal firearms and vicious dogs are found to be used to protect the illegal narcotic trade and Affiant seeks to remove same. Based on the facts stated above along with training and experience, Affiant has probable cause to believe that the above items will be found at the above described locations.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME AND ISSUED UNDER MY HAND THIS 2nd DAY OF NOVEMBER 2004

APPROVED _____
ASSISTANT PROSECUTING ATTORNEY　　　　　　　JUDGE/MAGISTRATE OF THE 36TH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT, WAYNE COUNTY MI

Page 4 of 4