AO 442 (Rev. 5/93) Warrant for Arrest        AUSA ELIZABETH A. STAFFORD (313) 226-9692
                                             TFA DELSHAWN KING (313) 234-4280

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN - SD |

**UNITED STATES OF AMERICA**

v.

D-1  MARVELL B. LLOYD

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-80939-DT-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**
APR 02 2010
CLERK'S OFFICE
DETROIT

YOU ARE HEREBY COMMANDED to arrest ___MARVELL B. LLOYD___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment      Information      Complaint      **X** Order of Court      Violation Notice      Probation Violation Petition

charging him or her with (brief description of offense)

failure to report as directed to serve sentence,

in violation of Title ___18___ United States Code, Section(s) ___3146___

___NANCY G. EDMUNDS___                    ___US District Judge___
Name of Issuing Officer                    Title of Issuing Officer

___[signature] Nancy G. Edmunds___         ___Detroit, MI___
Signature of Issuing Officer               Date and Location

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Bail fixed at $ _____                 by _____
BY ___Carol A. Hemeyer___                     Name of Judicial Officer
       DEPUTY CLERK

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-30-10 | S/A Eric Bell  DEA | [signature] R. Bell |